UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Baker & Taylor, LLC

| | |
|---|---|
| Case No.: | 26-12863-CMG |
| Chapter: | 11 |
| Hearing Date: | 3/24/2026 |
| Judge: | Christine M. Gravelle |

## ORDER REGARDING APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

**DATED: March 17, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable __Christine M. Gravelle_____ in Courtroom # no. _3_____located at _402 East State Street, Trenton, NJ 08608_____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Motion re: To Pay Certain Pre-Petition Payroll | 3/24/2026 at 2:00PM |
| 2. Motion re: to Redact Employee Personal Information | 3/24/2026 at 2:00PM |
| 3. Motion re: to Use Existing Bank Accounts and Cash Management Systems | 3/24/2026 at 2:00PM |
| 4. Motion re: Retention of Noticing and Claims | 3/24/2026 at 2:00PM |
| 5. Motion re: To Extend Time to File Schedules and Statement of Financial Affairs | 3/24/2026 at 2:00PM |
| 6. | |
| 7. | |
| 8. | |
| 9. | |

2

| MATTER | HEARING DATE and TIME |
|---|---|
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. Others: | |
| | |
| | |
| | |

IT IS FURTHER ORDERED that, unless the Court directs otherwise, service of this Order must be made under D.N.J. LBR 9013-5(f) or, for cases designated as Chapter 11 Complex Cases, in accordance with the *General Order Governing Chapter 11 Complex Case Procedures*; and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

*rev.8/1/2024*

3