UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

Case No.

Chapter 11

NOTICE OF STATUS CONFERENCE

The court will hold a status conference on

Courtroom #  3

USBC

Federal Courthouse

402 E. State St.

Trenton NJ 08608

The purpose of the meeting will be to discuss case management issues.

The debtor is requested to notify all parties in interest who it anticipates will play a
major role in this case including all secured creditors, creditors committee members and
the United States Trustee.  All parties interested in this case are requested to attend.

**ATTENDANCE IS REQUIRED**.

Thank you for your cooperation.

JEANNE A. NAUGHTON, CLERK

UNITED STATES BANKRUPTCY COURT

Copy mailed to attorney for debtor and U.S. Trustee

Rachel Stillwell

Deputy Clerk