Alabama Public Library Service
6030 Monticello Dr
Montgomery, AL 36117

Austin Public Library
PO Box 2287
Austin, TX 78768-2287

Arcadia Public Library
20 W Duarte Rd
Arcadia, CA 91006

Boston Public Library
700 Boylston St
Boston, MA 02116

California Dept of Tax and Fee Admin.
PO Box 942879
Sacramento, CA 94279-0001

California Franchise Tax Board
3321 Power Inn Road, Suite 250
Sacramento, CA 95826-3893

Chattanooga Public Library
1001 Broad St
Chattanooga, TN 37402

Clara B Mounce Public Library
201 E 26th St
Bryan, TX 77803

City of Chandler
P.O. Box 4008
Chandler, AZ 85244-4008

City of Mountain View
500 Castro St.
Mountain View, CA 94041

Collierville - Burch Library
501 Poplar View Pkwy
Collierville, TN 38017

Colorado Library Consortium
7400 E Arapahoe Rd Ste 75
Englewood, CO 80112

Columbus Metropolitan Library
96 S. Grant Ave.
Columbus, OH 43215

Connecticut Department of Revenue
450 Columbus Blvd
Hartford, CT 06103

CONNECTICUT LIBRARY CONSORTIUM
234 COURT STREET
MIDDLETOWN, CT 06457

County of Durham
200 E Main Street
Durham, NC 27701

County of Los Angeles Public Library
150 E El Segundo Blvd
Los Angeles, CA 90061

Cumberland County Public Library
300 Maiden Lane
Fayetteville, NC 28301

Deschutes County Library
61956 SE Santorini St
Bend, OR 97702

Ft Bend County Library
1003 Golfview Drive
Richmond, TX 77469

Hennepin County Public Library
12601 Ridgedale Drive
Hopkins, MN 55305

Jacksonville Public Library
303 N Laura St
Jacksonville, FL 32202

James Bennett Pty Ltd.
Unit 3, 114 Old Pittwater Road
Attention: General Manager
Brookvale NSW 2100, Australia

Jefferson County Public Library
10200 W. 20th Ave
Denver, CO 80215

Kentucky Department of Revenue
501 High St
Frankfort, KY 40601

Maricopa County Library District
9330 E Riggs Rd
Chandler, AZ 85248

Memphis Public Library
3030 Poplar Ave.
Memphis, TN 38111

Mid Atlantic Library Alliance
PO Box 75
Salem, VA 24153

Minnesota Department of Revenue
600 Robert St N
St Paul, MN 55101

Municipality of Anchorage
632 West 6th Avenue
Anchorage, AK 99501

Nashville Public Library
and Metro Schools
615 Church Street
Nashville, TN 37219

North Olympic Public Library System
2210 South Peabody Street
Port Angeles, WA 98362

NYS Department of Taxation and Finance
ATTN: Office of Counsel
Building 9
W A Harriman Campus
Albany NY 12227

Oak Lodge Public Library
3811 SE Concord Rd.
Portland, OR 97267

Oak Ridge Public Library
1401 Oak Ridge Turnpike
Oak Ridge, TN 37830

Provo City Library
550 N. UNIVERSITY AVE
Provo, UT 84601

Phoenix Public Library
1221 N. Central Ave.
Phoenix, AZ 85004

Pierce County Library System Public Library
3005 112th St.
Tacoma, WA 98446-2115

Ramsey County Public Library
4560 North Victoria St.
Saint Paul, MN 55126

Salem Public Library
585 Liberty St. SE
Salem, OR 97301

San Mateo County Library
55 W 3rd Ave
San Mateo, CA 94402

Saratoga Springs Public Library
319 S. Saratoga Rd
Saratoga Springs, UT 84045

South Carolina Department of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29210

Spokane Public Library
906 W. Main Ave
Spokane, WA 99201

State of Florida
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399-0250

The Library Network
41365 Vincenti Ct
Novi, MI 48375

UT Department of Corrections
14717 Minuteman Dr.
Draper, UT 84020

Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713