UNITED STATES BANKRUPTCY COURT

DISTRICT OF New Jersey

In Re. Baker & Taylor, LLC §
§
§
Debtor(s) §

Case No. 26-12863

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2026

Petition Date: 03/16/2026

Months Pending: 6

Industry Classification: 6 1 1 7

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 19

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/ Amandeep S. Kochar
Signature of Responsible Party

09/21/2026
Date

Amandeep S. Kochar
Printed Name of Responsible Party

7501 Wisconsin Avenue, Suite 1000W, Bethesda, MD 20814
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $309,363 | |
| b. Total receipts (net of transfers between accounts) | $29,765 | $246,544 |
| c. Total disbursements (net of transfers between accounts) | $67,242 | $393,768 |
| d. Cash balance end of month (a+b-c) | $271,886 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $67,242 | $393,768 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $463,849 |
| c. Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | $60,000 |
| d Total current assets | $1,507,622 |
| e. Total assets | $4,589,138 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $96,641,402 |
| n. Total liabilities (debt) (j+k+l+m) | $96,641,402 |
| o. Ending equity/net worth (e-n) | $-92,052,264 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $67,242 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-67,242 | $-454,290 |

Debtor's Name Baker & Taylor, LLC

Case No. 26-12863

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Offit Kurman | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | Riveron Management Service | Financial Professional | $0 | $0 | $0 | $0 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯ No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯ No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉ No ◯ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉ No ◯ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◯ No ◉ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ No ◯ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ No ◯ N/A ◉ | |
| i. | Do you have: Worker's compensation insurance? | Yes ◉ No ◯ | |
| | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ No ◯ | |
| | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉ No ◯ | |
| | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯ No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◯ No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ No ◯ | |

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /S/ Amandeep S.Kochar | Amandeep S. Kochar |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Executive Officer | 09/21/2026 |
| Title | Date |

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Baker & Taylor, LLC Case No. 26-12863

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

Bank of America

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

**Account Number** [redacted]8904
01 01 169 05 M0000 E# 0
**Last Statement:** 07/31/2026
**This Statement:** 08/31/2026

DNP

**Customer Service**
1-888-400-9009

BAKER & TAYLOR LLC
AR
2810 COLISEUM CENTRE DR STE 300
CHARLOTTE NC 28217-3255

Page 1 of 3

# ANALYZED CHECKING

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2026 - 08/31/2026 | | Statement Beginning Balance | 2,154.65 |
| Number of Deposits/Credits | 14 | Amount of Deposits/Credits | 19,765.14 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 4 | Amount of Other Debits | 20,943.95 |
| | | Statement Ending Balance | 975.84 |
| Number of Enclosures | 0 | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/03 | 277930 | 14,137.51 | Lockbox Deposit | 128400096205015 |
| 08/06 | 277930 | 18.27 | Lockbox Deposit | 128400096201319 |
| 08/10 | | 2,071.25 | LIBRARY PASS, IN DES:BILL_PAY ID:LIBRARY PASS, I INDN:BAKER & TAYLOR CO ID:9215986202 CCD | 19025436558 |
| 08/11 | 277930 | 250.10 | Lockbox Deposit | 128400096807053 |
| 08/13 | | 524.64 | CITY OF CERRITOS DES:AP PAYMENT ID: 1389 INDN:BAKER & TAYLOR LLC CO ID:1956006510 PPD | 25013814315 |
| 08/17 | 277930 | 98.64 | Lockbox Deposit | 128400097611118 |
| 08/17 | 277930 | 326.73 | Lockbox Deposit | 128400097006261 |
| 08/19 | 277930 | 309.37 | Lockbox Deposit | 128400096804158 |
| 08/24 | | 143.79 | Thrift Books Glo DES:Receivable ID:996SOPOSU18R9T3 INDN:Territa WIlson CO ID:1204895317 CCD PMT INFO:996SOPOSU18R9T3 Thrift Books Glo Bill.co m Inv 14907-Jul2026 | 33025580264 |
| 08/24 | 277930 | 372.82 | Lockbox Deposit | 128400096606779 |
| 08/27 | 277930 | 536.18 | Lockbox Deposit | 128400096805851 |
| 08/31 | 277930 | 248.39 | Lockbox Deposit | 128400097610779 |
| 08/31 | 277930 | 271.46 | Lockbox Deposit | 128400096204862 |
| 08/31 | 277930 | 455.99 | Lockbox Deposit | 128400096604344 |

## Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/07 | 8594 | 16,310.43 | ACCOUNT TRANSFER TRSF TO [redacted]8894 | 00680002226 |
| 08/14 | 8162 | 2,845.99 | ACCOUNT TRANSFER TRSF TO [redacted]8894 | 00680002250 |
| 08/21 | 991 | 734.74 | ACCOUNT TRANSFER TRSF TO [redacted]8894 | 00680002244 |
| 08/28 | 97 | 1,052.79 | ACCOUNT TRANSFER TRSF TO [redacted]8894 | 00680002606 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 2,154.65 | .00 | 08/06 | 16,310.43 | 16,292.16 |
| 08/03 | 16,292.16 | 2,154.65 | 08/07 | .00 | .00 |
| 08/04 | 16,292.16 | 16,292.16 | 08/10 | 2,071.25 | 2,071.25 |

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

**Account Number** [redacted]**8904**
01 01 169 05 M0000 E# 0
**Last Statement: 07/31/2026**
**This Statement: 08/31/2026**

DNP

**Customer Service**
**1-888-400-9009**

**BAKER & TAYLOR LLC**



# ANALYZED CHECKING

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/11 | 2,321.35 | 2,071.25 | 08/20 | 734.74 | 734.74 |
| 08/12 | 2,321.35 | 2,321.35 | 08/21 | .00 | .00 |
| 08/13 | 2,845.99 | 2,845.99 | 08/24 | 516.61 | 143.79 |
| 08/14 | .00 | .00 | 08/25 | 516.61 | 516.61 |
| 08/17 | 425.37 | .00 | 08/27 | 1,052.79 | 516.61 |
| 08/18 | 425.37 | 425.37 | 08/28 | .00 | .00 |
| 08/19 | 734.74 | 425.37 | 08/31 | 975.84 | 704.38 |

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]8904
01 01 169 05 M0000 E# 0
Last Statement: 07/31/2026
This Statement: 08/31/2026

DNP

Customer Service
1-888-400-9009

BAKER & TAYLOR LLC



## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Bank of America

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]8894
01 01 169 05 M0000 E# 0
Last Statement: 07/31/2026
This Statement: 08/31/2026

DNP

Customer Service
1-888-400-9009

BAKER & TAYLOR LLC
OPERATING ACCOUNT
2810 COLISEUM CENTRE DR STE 300
CHARLOTTE NC 28217-3255



# ANALYZED CHECKING

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 08/01/2026 - 08/31/2026 | | Statement Beginning Balance | 307,208.62 |
| Number of Deposits/Credits | 5 | Amount of Deposits/Credits | 30,943.95 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 27 | Amount of Other Debits | 67,242.35 |
| | | Statement Ending Balance | 270,910.22 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/07 | 8594 | 16,310.43 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [redacted]8904 | 00680002225 |
| 08/14 | 8162 | 2,845.99 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [redacted]8904 | 00680002249 |
| 08/21 | 991 | 734.74 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [redacted]8904 | 00680002243 |
| 08/28 | | 10,000.00 | WIRE TYPE:WIRE IN DATE: 260828 TIME:1401 ET TRN:2026082800516334 SEQ:0532009832868400/028000 ORIG:CITY OF ANNA ID:1000797140 SND BK:SOUTHSTATE BANK, N.A. ID:053200983 PMT DET:Case26-12863-CMGCa se 26-12863-CMGCity of Anna Settlement /CATPURP/CT | 00370516334 |
| 08/28 | 97 | 1,052.79 | Automatic Transfer Credits ACCOUNT TRANSFER TRSF FROM [redacted]78904 | 00680002605 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/03 | | 866.00 | QUARTERLY FEE DES:PAYMENT ID:0000 INDN:BAKER & TAYLOR -OPERAT CO ID:1501000502 CCD | 12021438513 |
| 08/07 | | 120.00 | WIRE TYPE:BOOK OUT DATE:260807 TIME:1651 ET TRN:2026080700577931 RELATED REF:T0Q8PKY9ZNELBXE8 BNF:DONNA E RILEY ID:000687441891 PMT DET:BAKER AN D TAYLOR | 00370577931 |
| 08/07 | | 398.40 | WIRE TYPE:WIRE OUT DATE:260807 TIME:1651 ET TRN:2026080700577932 SERVICE REF:020033 BNF:KIMBERLY REED ID:5297986092 BNF BK:TRUIST BANK ID:053101121 PMT DET:T0Q8PL04ZRYFBVRCBAKER AND TA YLOR | 00370577932 |
| 08/07 | | 672.00 | WIRE TYPE:BOOK OUT DATE:260807 TIME:1651 ET TRN:2026080700577928 RELATED REF:T0Q8PL4Q7FHTBEYD BNF:DORIS F TANKS ID:000000718619 PMT DET:BAKER AN D TAYLOR | 00370577928 |

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

**Account Number** [redacted]8894
01 01 169 05 M0000 E# 0
**Last Statement: 07/31/2026**
**This Statement: 08/31/2026**

DNP

**Customer Service**
**1-888-400-9009**

BAKER & TAYLOR LLC



# ANALYZED CHECKING

## Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/07 | | 1,406.25 | WIRE TYPE:WIRE OUT DATE:260807 TIME:1651 ET TRN:2026080700577930 SERVICE REF:021667 BNF:TERRITA WILSON ID:08614958893 BNF BK:STATE EMP LOYEES CU ID:253177049 PMT DET:T0Q8PL76Q2HXBEYHBAK ER AND TAYLOR | 00370577930 |
| 08/07 | | 1,500.00 | WIRE TYPE:WIRE OUT DATE:260807 TIME:1651 ET TRN:2026080700577927 SERVICE REF:021204 BNF:DEBORAH LINEBERGER ID:1060448765357 BNF BK:WEL LS FARGO BANK, N.A. ID:121000248 PMT DET:T0Q8PL2ID AYHBVREBAKER AND TAYLOR | 00370577927 |
| 08/07 | | 1,875.00 | WIRE TYPE:WIRE OUT DATE:260807 TIME:1651 ET TRN:2026080700577929 SERVICE REF:021200 BNF:JORGE UTSET ID:2025304649 BNF BK:MORGAN STANLE Y PRIVATE ID:256072691 PMT DET:T0Q8PL94DJEPBXECBAK ER AND TAYLOR | 00370577929 |
| 08/07 | | 7,200.00 | WIRE TYPE:WIRE OUT DATE:260807 TIME:1651 ET TRN:2026080700577910 SERVICE REF:021195 BNF:AK MEDIA AND CONSULTING LL ID:400118300179 BNF BK:AMERICAN EXPRESS NATION ID:124303243 PMT DET:T0Q8PKXNZSBYB4OEBAKER AND TAYLOR | 00370577910 |
| 08/14 | | 398.40 | WIRE TYPE:WIRE OUT DATE:260814 TIME:1632 ET TRN:2026081400567336 SERVICE REF:020497 BNF:KIMBERLY REED ID:5297986092 BNF BK:TRUIST BANK ID:053101121 PMT DET:T0Q8ZM6YOAYEA7SQBAKER AND TA YLOR | 00370567336 |
| 08/14 | | 450.00 | WIRE TYPE:BOOK OUT DATE:260814 TIME:1633 ET TRN:2026081400567350 RELATED REF:T0Q8ZM5AQ4S5AYC6 BNF:STEVEN M HENNEN ID:000658892872 PMT DET:BAKER AND TAYLOR | 00370567350 |
| 08/14 | | 500.00 | WIRE TYPE:WIRE OUT DATE:260814 TIME:1632 ET TRN:2026081400567335 SERVICE REF:020499 BNF:HANNAH CORRELL ID:1010177827668 BNF BK:WELLS F ARGO BANK, N.A. ID:121000248 PMT DET:T0Q8ZM8WRTSWA DNCBAKER AND TAYLOR | 00370567335 |
| 08/14 | | 810.00 | WIRE TYPE:WIRE OUT DATE:260814 TIME:1632 ET TRN:2026081400567372 SERVICE REF:020503 BNF:DYEANNA PAK JONES ID:772941894 BNF BK:JPMORGAN CHASE BANK, N. ID:021000021 PMT DET:T0Q8ZMCXS3XDA UC4BAKER AND TAYLOR | 00370567372 |
| 08/14 | | 1,250.00 | WIRE TYPE:WIRE OUT DATE:260814 TIME:1632 ET TRN:2026081400567348 SERVICE REF:020501 BNF:JORGE UTSET ID:2025304649 BNF BK:MORGAN STANLE Y PRIVATE ID:256072691 PMT DET:T0Q8ZMAVN9XCAUC3BAK ER AND TAYLOR | 00370567348 |

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

**Account Number** [redacted]8894
01 01 169 05 M0000 E# 0
**Last Statement: 07/31/2026**
**This Statement: 08/31/2026**

DNP

**Customer Service**
**1-888-400-9009**

**BAKER & TAYLOR LLC**



# ANALYZED CHECKING

## Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/14 | | 7,200.00 | WIRE TYPE:WIRE OUT DATE:260814 TIME:1632 ET TRN:2026081400567370 SERVICE REF:020509 BNF:AK MEDIA AND CONSULTING LL ID:400118300179 BNF BK:AMERICAN EXPRESS NATION ID:124303243 PMT DET:T0Q8ZM4JSGX6AUBXBAKER AND TAYLOR | 00370567370 |
| 08/21 | | 398.40 | WIRE TYPE:WIRE OUT DATE:260821 TIME:1734 ET TRN:2026082100571299 SERVICE REF:021135 BNF:KIMBERLY REED ID:5297986092 BNF BK:TRUIST BANK ID:053101121 PMT DET:T0Q99L359MM4AS88BAKER AND TA YLOR | 00370571299 |
| 08/21 | | 568.25 | WIRE TYPE:BOOK OUT DATE:260821 TIME:1734 ET TRN:2026082100571296 RELATED REF:T0Q99L824KNCAGZ8 BNF:DORIS F TANKS ID:000000718619 PMT DET:BAKER AN D TAYLOR | 00370571296 |
| 08/21 | | 1,250.00 | WIRE TYPE:WIRE OUT DATE:260821 TIME:1734 ET TRN:2026082100571302 SERVICE REF:020531 BNF:JORGE UTSET ID:2025304649 BNF BK:MORGAN STANLE Y PRIVATE ID:256072691 PMT DET:T0Q99LCWHHMHAS8LBAK ER AND TAYLOR | 00370571302 |
| 08/21 | | 1,350.00 | WIRE TYPE:WIRE OUT DATE:260821 TIME:1734 ET TRN:2026082100571301 SERVICE REF:020529 BNF:DEBORAH LINEBERGER ID:1060448765357 BNF BK:WEL LS FARGO BANK, N.A. ID:121000248 PMT DET:T0Q99L5PO 2YWAV3XBAKER AND TAYLOR | 00370571301 |
| 08/21 | | 1,406.25 | WIRE TYPE:WIRE OUT DATE:260821 TIME:1734 ET TRN:2026082100571300 SERVICE REF:021136 BNF:TERRITA WILSON ID:08614958893 BNF BK:STATE EMP LOYEES CU ID:253177049 PMT DET:T0Q99LAEJWEJAFTSBAK ER AND TAYLOR | 00370571300 |
| 08/21 | | 7,200.00 | WIRE TYPE:WIRE OUT DATE:260821 TIME:1734 ET TRN:2026082100571303 SERVICE REF:020492 BNF:AK MEDIA AND CONSULTING LL ID:400118300179 BNF BK:AMERICAN EXPRESS NATION ID:124303243 PMT DET:T0Q99L11YBL7AWUHBAKER AND TAYLOR | 00370571303 |
| 08/28 | | 120.00 | WIRE TYPE:BOOK OUT DATE:260828 TIME:1703 ET TRN:2026082800618071 RELATED REF:T0Q9JLK894QHB1QH BNF:DONNA E RILEY ID:000687441891 PMT DET:BAKER AN D TAYLOR | 00370618071 |
| 08/28 | | 398.40 | WIRE TYPE:WIRE OUT DATE:260828 TIME:1703 ET TRN:2026082800618074 SERVICE REF:023187 BNF:KIMBERLY REED ID:5297986092 BNF BK:TRUIST BANK ID:053101121 PMT DET:T0Q9JLM9U0QJB1QJBAKER AND TA YLOR | 00370618074 |
| 08/28 | | 500.00 | WIRE TYPE:WIRE OUT DATE:260828 TIME:1703 ET TRN:2026082800618049 SERVICE REF:021865 BNF:HANNAH CORRELL ID:1010177827668 BNF BK:WELLS F ARGO BANK, N.A. ID:121000248 PMT DET:T0Q9JLOCKVQPB 1QPBAKER AND TAYLOR | 00370618049 |

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

**Account Number** [redacted]8894
01 01 169 05 M0000 E# 0
**Last Statement: 07/31/2026**
**This Statement: 08/31/2026**

DNP

**Customer Service**
**1-888-400-9009**

**BAKER & TAYLOR LLC**

Page 4 of 5

# ANALYZED CHECKING

## Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/28 | | 750.00 | WIRE TYPE:BOOK OUT DATE:260828 TIME:1703 ET TRN:2026082800618050 RELATED REF:T0Q9JLJMOAQFB1QF BNF:STEVEN M HENNEN ID:000658892872 PMT DET:BAKER AND TAYLOR | 00370618050 |
| 08/28 | | 1,250.00 | WIRE TYPE:WIRE OUT DATE:260828 TIME:1703 ET TRN:2026082800618075 SERVICE REF:023189 BNF:JORGE UTSET ID:2025304649 BNF BK:MORGAN STANLE Y PRIVATE ID:256072691 PMT DET:T0Q9JLQ5PQ5CBAJ9BAK ER AND TAYLOR | 00370618075 |
| 08/28 | | 7,200.00 | WIRE TYPE:WIRE OUT DATE:260828 TIME:1703 ET TRN:2026082800618073 SERVICE REF:023185 BNF:AK MEDIA AND CONSULTING LL ID:400118300179 BNF BK:AMERICAN EXPRESS NATION ID:124303243 PMT DET:T0Q9JLIUEHQEB1QEBAKER AND TAYLOR | 00370618073 |
| 08/28 | | 20,205.00 | WIRE TYPE:WIRE OUT DATE:260828 TIME:1703 ET TRN:2026082800618072 SERVICE REF:023184 BNF:AMERICAN BOOK CO ID:5833374 BNF BK:PINNACLE BA NK ID:064008637 PMT DET:INV 106960321 BAKER AND TA YLOR | 00370618072 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 307,208.62 | 307,208.62 | 08/21 | 290,280.83 | 290,280.83 |
| 08/03 | 306,342.62 | 306,342.62 | 08/28 | 270,910.22 | 270,910.22 |
| 08/07 | 309,481.40 | 309,481.40 | 08/31 | 270,910.22 | 270,910.22 |
| 08/14 | 301,718.99 | 301,718.99 | | | |

H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE 19850

Account Number [redacted]8894
01 01 169 05 M0000 E# 0
Last Statement: 07/31/2026
This Statement: 08/31/2026

DNP

Customer Service
1-888-400-9009

BAKER & TAYLOR LLC



## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Exhibit 1 - Cash Receipts/Disbursements

| Category | Amount | |
|---|---|---|
| Total Receipts | $ | 29,765.14 |
| Operating Disbursements | $ | 67,242.35 |
| Chapter 11 Expenses | $ | - |
| Net Cash Activity | $ | (37,477.21) |

| Detail of Disbursments | Amount | | |
|---|---|---|---|
| Payroll and Related Costs | $ | - | |
| Rent/ Occupancy | $ | - | |
| Utilities and Communications | $ | - | |
| Insurance | $ | - | |
| Vendor Payments | $ | - | |
| Taxes | $ | - | |
| BankCharges | $ | - | |
| Office and Admin Expenses | $ | - | |
| Other Expenses | $ | 67,242.35 | (Includes $20.205 to Omni) |
| Total OperatingDisbursments | $ | 67,242.35 | |
| Chapter 11 Expenses - Pro Fees | $ | - | |
| Chapter 11 Expenses - US Trustee Fees | $ | - | |
| Total Chapter 11 Expenses | $ | - | |

| P&L | | |
|---|---|---|
| | Grs Sls | - |
| | Sales Ded | - |
| | **Net Sls** | - |
| | COS | - |
| | **Prod GM** | - |
| | OCOS | - |
| | Grs Frt | - |
| | **GM** | - |
| | Salary | - |
| | Other Labor | - |
| | Fringe | - |
| | **Total Labor** | - |
| | Professional Fees | *67,242* |
| | Other Expenses | - |
| | **Total Non Labor** | ***67,242*** |
| | **All Operating** | ***67,242*** |
| | **EBITDA** | ***67,242*** |
| | **Depreciation & Amortization** | - |
| | **Operating Income** | ***67,242*** |
| | Interest Income | - |
| | Interest Expense | - |
| | Other Income/(Expense) | - |
| | **Pretax Income/(Loss)** | ***67,242*** |
| | **Taxes** | - |
| | **Net Income** | ***67,242*** |

| Bal Sht | | |
|---|---|---|
| | Cash | 271,886 |
| | Gross AR | 1,758,850 |
| | Allowance | (1,295,001) |
| | Net AR | 463,849 |
| | Net Inventory | 60,000 |
| | Deferred Taxes | (0) |
| | Prepaid Assets | 711,887 |
| | Total Current Assets | 1,507,622 |
| | | |
| | Fixed Assets | - |
| | Intangibles | 0 |
| | Other Non-Current | 3,081,516 |
| | Total Assets | 4,589,138 |
| | | |
| | Pre-Petition AP | (93,301,495) |
| | Post-Petition AP | - |
| | Other Current Liabilities | (3,339,908) |
| | Total Current Liabilities | (96,641,402) |
| | | |
| | Long Term Debt | - |
| | Deferred Income Tax | (0) |
| | Lease Obligation | - |
| | Other Non-Current Liabilities | - |
| | Total Liabilities | (96,641,402) |
| | | |
| | APIC | 8,945,631 |
| | Retained Earnings | 77,268,961 |
| | Other Equity | 5,837,673 |
| | Total Liabilities and Equity | (4,589,137) |

| Vendor Name | DUE WEEKENDING 08/07/2026 | DUE WEEKENDING 08/14/2026 | DUE WEEKENDING 08/21/2026 | DUE WEEKENDING 08/28/2026 | Total |
|---|---|---|---|---|---|
| AK MEDIA AND CONSULTING LLC | $ 7,200.00 | $ 7,200.00 | $ 7,200.00 | $ 7,200.00 | $ 28,800.00 |
| STEVEN HENNEN | $ - | $ 450.00 | $ - | $ 750.00 | $ 1,200.00 |
| DONNA RILEY | $ - | $ - | $ - | $ - | $ - |
| LISA MONTY | $ - | $ - | $ - | $ - | $ - |
| KIM REED | $ 398.40 | $ 398.40 | $ 398.40 | $ 398.40 | $ 1,593.60 |
| DEBORAH LINEBERGER | $ 1,500.00 | $ - | $ 1,350.00 | $ - | $ 2,850.00 |
| DORIS TANKS | $ 120.00 | $ - | $ - | $ - | $ 120.00 |
| LISA MONTY | | $ - | | $ - | $ - |
| HANNAH CORRELL | $ - | $ 500.00 | $ - | $ 500.00 | $ 1,000.00 |
| MARK TRUCKSESS CONSULTING | $ - | | $ - | | $ - |
| TERRITA WILSON | $ 1,406.25 | $ - | $ 1,406.25 | $ - | $ 2,812.50 |
| JORGE UTSET | $ 1,875.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 5,625.00 |
| DONNA RILEY | | | | 120 | $ 120.00 |
| DEBORAH LINEBERGER | | | | | $ - |
| DORIS TANKS | $ 672.00 | | $ 568.25 | | $ 1,240.25 |
| HANNAH CORRELL | | | | | $ - |
| MARK TRUCKSESS CONSULTING | | | | | $ - |
| TERRITA WILSON | | | | | $ - |
| Dyeanna Pak Jones | $ - | $ 810.00 | $ - | | $ 810.00 |
| Omni Agent Solutions | | | | $ 20,205.00 | $ 20,205.00 |
| Bank Fees | 866 | | | | $ 866.00 |
| OFFICE OF US TRUSTEE | | | | | $ - |
| | **$ 14,037.65** | **$ 10,608.40** | **$ 12,172.90** | **$ 30,423.40** | **$ 67,242.35** |